# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

GREG STEVENS                         CIVIL ACTION NO. 19-0452

                                            SECTION P

VERSUS

                                            JUDGE TERRY A. DOUGHTY

ANN JOHNSON, ET AL.                 MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Greg Stevens' claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for dismissal of all charges is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for a preliminary injunction, [Doc. # 17], is **DISMISSED AS MOOT**.

MONROE, LOUISIANA, this 16th day of August, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE